| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-18374 / CMG**

Joseph B. Elliott

Petition Filed Date: 08/23/2024
341 Hearing Date: 09/19/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/09/2024 | $517.00 | | 10/22/2024 | $517.00 | | 11/21/2024 | $517.00 | |
| 12/23/2024 | $517.00 | | | | | | | |

**Total Receipts for the Period: $2,068.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,585.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph B. Elliott | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | ASHLEY FUNDING SERVICES, LLC<br>»»  EMCARE | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2021; 2023 | Priority Creditors | $4,123.29 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2018;2020 TAX PERIODS & PENALTIES | Unsecured Creditors | $1,522.50 | $0.00 | $0.00 |
| 4 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $379.73 | $0.00 | $0.00 |
| 5 | U.S. DEPARTMENT OF HUD<br>»»  P/463 SHADY LN/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. | Attorney Fees<br>Hold Funds: Reserve | $4,280.00 | $0.00 | $4,280.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK, NA | Unsecured Creditors | $416.20 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK<br>»»  P/463 SHADY LANE/1ST MTG | Mortgage Arrears | $101,776.46 | $0.00 | $0.00 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $997.34 | $0.00 | $0.00 |
| 9 | SAMARA N. ELLIOTT<br>»»  CHILD SUPPORT | Support Arrears | $1,470.00 | $0.00 | $0.00 |
| 10 | Jennifer Rivera | Support Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-18374 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,585.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $517.00 |
| Paid to Trustee: | $219.70 | Arrearages: | $0.00 |
| Funds on Hand: | $2,365.30 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

