UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Joseph B. Elliott,

Debtor.

Case No.:     24-18374-CMG

Chapter:     13

Hearing Date:     2/5/2025

Judge:     Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 463 Shady Lane, Howell, NJ (Docket # 21)

_____

Date: 1/30/2025                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*