Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 24−18374−CMG
> Chapter: 13
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joseph B. Elliott
  463 Shady Lane
  Howell, NJ 07731

Social Security No.:
  xxx−xx−7260

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 11, 2025.

Dated: February 11, 2025
JAN: rms

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph B. Elliott  
      Debtor

Case No. 24-18374-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 11, 2025      Form ID: plncf13      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph B. Elliott, 463 Shady Lane, Howell, NJ 07731-1918 |
| 520371380 | | Dish Network, 1372 Highway West, Kalispell, MT 59901 |
| 520371382 | + | Jennifer Rivera, 1072 Zion Drive, Haines City, FL 33844-9181 |
| 520371383 | + | Medical Payment Data, 900 Corporate Drive, Reading, PA 19605-3340 |
| 520371393 | + | Samara Elliot, c/o Monmouth County Child Support, 2407 Route 66, Asbury Park, NJ 07712-3962 |
| 520429329 | + | Samara N. Elliott, 100 Deepwater Circle, Manalapan, NJ 07726-4136 |
| 520371395 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520371377 | + | Email/Text: bankruptcy@credencerm.com | Feb 11 2025 20:51:59 | AT&T, c/o Credence Resource Management, 17000 Dallas Parkway, Suite 20, Dallas, TX 75248-1938 |
| 520374668 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 20:56:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520371378 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 20:56:56 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520371379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 20:56:22 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520371381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2025 20:50:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520418174 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 11 2025 20:55:50 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520371384 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2025 20:50:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520371387 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 11 2025 20:55:52 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 520371388 | ^ | MEBN | Feb 11 2025 20:44:45 | Midland Mortgage Co, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520371386 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 11 2025 20:55:50 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma |

Case 24-18374-CMG   Doc 29   Filed 02/13/25   Entered 02/14/25 00:18:01   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: plncf13 | Total Noticed: 33 |

| | | | |
|---|---|---|---|
| | | | City, OK 73126-0648 |
| 520371389 | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | | |
| | | Feb 11 2025 20:50:00 | New Jersey Housing and Mortgage Finance, PO Box 18550, Trenton, NJ 08650-2085 |
| 520371390 | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Feb 11 2025 20:49:00 | Nissan Motor Acceptance Corp., PO Box 660366, Dallas, TX 75266-0366 |
| 520371392 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 11 2025 20:56:55 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520371391 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 11 2025 21:08:25 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520394719 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 11 2025 20:57:38 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 520371385 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Feb 11 2025 20:49:00 | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520371394 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Feb 11 2025 20:50:00 | Sheffield Financial, 2554 Lewisville Commons, Clemmons, NC 27012-8110 |
| 520371396 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 11 2025 21:19:11 | Synchrony, PO Box 965060, Orlando, FL 32896-5060 |
| 520385421 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 11 2025 20:57:31 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520386584 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Feb 11 2025 20:55:53 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 520371397 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Feb 11 2025 20:55:53 | US Department of Housing and Urban Dev., 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520426396 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 11 2025 20:57:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520371399 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 11 2025 20:48:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520371398 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 11 2025 20:48:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025               Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Joseph B. Elliott courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4