Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−18374−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph B. Elliott
   463 Shady Lane
   Howell, NJ 07731

Social Security No.:
   xxx−xx−7260

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/23/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 23, 2025
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 24-18374-CMG
Joseph B. Elliott                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 3
Date Rcvd: Jul 23, 2025              Form ID: 148              Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph B. Elliott, 463 Shady Lane, Howell, NJ 07731-1918 |
| 520371380 | | Dish Network, 1372 Highway West, Kalispell, MT 59901 |
| 520371382 | + | Jennifer Rivera, 1072 Zion Drive, Haines City, FL 33844-9181 |
| 520371383 | + | Medical Payment Data, 900 Corporate Drive, Reading, PA 19605-3340 |
| 520371393 | + | Samara Elliot, c/o Monmouth County Child Support, 2407 Route 66, Asbury Park, NJ 07712-3962 |
| 520429329 | + | Samara N. Elliott, 100 Deepwater Circle, Manalapan, NJ 07726-4136 |
| 520371395 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520371377 | + | Email/Text: bankruptcy@credencerm.com | Jul 23 2025 21:04:00 | AT&T, c/o Credence Resource Management, 17000 Dallas Parkway, Suite 20, Dallas, TX 75248-1938 |
| 520374668 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2025 21:17:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520371378 | + | EDI: CITICORP | Jul 24 2025 00:51:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520371379 | + | EDI: CITICORP | Jul 24 2025 00:51:00 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 520371381 | | EDI: IRS.COM | Jul 24 2025 00:51:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520418174 | + | EDI: AISMIDFIRST | Jul 24 2025 00:51:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520371384 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2025 21:04:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 520371387 | + | EDI: AISMIDFIRST | Jul 24 2025 00:51:00 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 520371388 | ^ | MEBN | Jul 23 2025 21:03:06 | Midland Mortgage Co, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520371386 | + | EDI: AISMIDFIRST | Jul 24 2025 00:51:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma |

Case 24-18374-CMG   Doc 41   Filed 07/25/25   Entered 07/26/25 00:20:21   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 23, 2025 | Form ID: 148 | Total Noticed: 33 |

| | | | |
| --- | --- | --- | --- |
| | | | City, OK 73126-0648 |
| 520371389 | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Jul 23 2025 21:03:00 | New Jersey Housing and Mortgage Finance, PO Box 18550, Trenton, NJ 08650-2085 |
| 520371390 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 23 2025 21:03:00 | Nissan Motor Acceptance Corp., PO Box 660366, Dallas, TX 75266-0366 |
| 520371392 | EDI: PRA.COM | Jul 24 2025 00:51:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520371391 | EDI: PRA.COM | Jul 24 2025 00:51:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520394719 | EDI: PRA.COM | Jul 24 2025 00:51:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 520371385 | Email/Text: signed.order@pfwattorneys.com | Jul 23 2025 21:03:00 | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520371394 | + Email/Text: bankruptcy@bbandt.com | Jul 23 2025 21:04:00 | Sheffield Financial, 2554 Lewisville Commons, Clemmons, NC 27012-8110 |
| 520371396 | EDI: SYNC | Jul 24 2025 00:51:00 | Synchrony, PO Box 965060, Orlando, FL 32896-5060 |
| 520385421 | + EDI: AIS.COM | Jul 24 2025 00:51:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520386584 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 23 2025 21:18:40 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 520371397 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 23 2025 21:18:40 | US Department of Housing and Urban Dev., 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520426396 | + EDI: AIS.COM | Jul 24 2025 00:51:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520371399 | EDI: VERIZONCOMB.COM | Jul 24 2025 00:51:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 520371398 | + EDI: VERIZONCOMB.COM | Jul 24 2025 00:51:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 25, 2025 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Joseph B. Elliott courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5